In the Matter of the Petition of ETTA ROSENSON, Appellant, to Render and Settle Her Account as Administratrix, etc., of ISAAC STEIN, Also Known as MURRAY J. STEIN, Deceased. JULIE STEIN, Respondent.— Decree of the Surrogate's Court of Kings county, settling the accounts of the administratrix, modified (1) by striking therefrom the provision surcharging the administratrix with the sum of $350; (2) by striking therefrom the provisions for commissions, $60.45, and for counsel ·fees, $100, and (3) by reducing from $332.94 to $143.39 the amount to be paid to Julie Stein on account of her allowed claim and interest; and as so modified, unanimously affirmed, without costs. We are of opinion (a) that the surcharge of $350 was erroneous as such amount was received by Etta Rosenson (later administratrix) for the account of the deceased in his lifetime (*Matter of McAleenan*, 53 App. Div. 193; affd., 165 N. Y. 645); and (b) that in view of the small balance remaining in the estate and of other relevant circumstances, there should be no award of commissions or counsel fees. In accordance with this decision the account as readjusted will be as follows:

The administratrix is charged:

With amount of Schedule A-1, as originally filed.................... $1,909 95

The administratrix is credited with:

The amounts not collected in Schedule B................ $700 00
With the amount of Schedule C-1, as filed................ 1,004 56
With the amount of Schedule D........................ 62 00
————— 1,766 56

Leaving a balance of...................................... $143 39

payable to Julie Stein on account of her claim besides seventy-five dollars costs imposed on administratrix personally. In view of this decision, the appeal from the order denying the motion of the administratrix to resettle the decree is dismissed, without costs. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of ISIDORE D. SCHNEIDER, Petitioner, for a Certiorari Order against THE STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent.— In a certiorari proceeding to review the action of the State Liquor Authority, revoking petitioner's license after a hearing, pursuant to the provisions of chapter 478 of the Laws of 1934, the determination of said Authority is unanimously confirmed and the certiorari proceeding dismissed, with ten dollars costs and disbursements. We are of opinion that the evidence sustains the finding that the petitioner sold or caused or permitted to be sold a quantity of liquor to be consumed off the premises without having a license therefor, in violation of section 100, subdivision 1, of the Alcoholic Beverage Control Law. Present — Lazansky, P. J., Young, Hagarty and Davis, JJ.; Carswell, J., not voting.